IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEBBIE GUSTAFSON, Executrix for the Estate of
Mitchell W. Gustafson, Deceased                                              PLAINTIFF

vs.                          Case No. 5:09CV00282 SWW-JTK

LARRY NORRIS, et al.                                                        DEFENDANTS

## ORDER

Defendants Tracy Leon Mungle, John Gore, and MC Harris are no longer employed by the Arkansas Department of Correction. The Clerk is directed to reissue summons to these three Defendants at their last known addresses, which are to be under seal.

SO ORDERED this 1st day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE