IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEBBIE GUSTAFSON, EXECUTRIX
FOR THE ESTATE OF MITCHELL W.
GUSTAFSON, DECEASED                                                                     PLAINTIFF

v.                                    CASE NO. 5:09CV00282 SWW-JTK

EMMA HAMER, TRACY LEON MUNGLE,
JOHN BYUS, ROBERT C. PARKER,
CORRECTIONAL MEDICAL SERVICES, INC.,
JERRY GROSS, JOHN LOWE, JOHN GORE,
JIMMY JOHNSON, BERNIE KUPERMAN,
JOY THOMAS, ET AL                                                                       DEFENDANTS

**Order of Dismissal**

Pursuant to the Stipulation for Dismissal filed by the parties that this matter may be dismissed,

IT IS THEREFORE ORDERED that plaintiff's complaint against defendants in this matter is hereby dismissed with prejudice. Each side will be bear its/his/her own costs and attorney's fees.

DATED this 30th day of September, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE